**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

KENNETH RAY PITTS                                                                      PLAINTIFF
ADC #85938

V.                                          NO: 5:16CV00289 KGB/PSH

PATRICK S. DRUMMOND *et al*                                              DEFENDANTS


**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Kenneth Ray Pitts, an inmate at the Arkansas Department of Correction's Tucker Maximum Security Unit, filed a *pro se* complaint, along with an application for leave to proceed *in forma pauperis*, on September 19, 2016.

Because Pitts' complaint should be dismissed, without prejudice, pursuant to the three-strikes provision of the Prison Litigation Reform Act ("PLRA"), his application for leave to proceed *in forma pauperis* should be denied.

Under the three-strikes provision of the PLRA, a prisoner may not bring a civil action *in*

1

*forma pauperis* if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that Pitts has had three prior civil actions dismissed for failure to state a claim upon which relief may be granted. *See Pitts v. Moore et al*, ED/AR No. 4:06CV01305, *Pitts v. Johnson et al*, ED/AR No. 5:99CV00071; *Pitts v. Brownlee et al*, ED/AR No. 5:99CV00178. The Court additionally finds, based on the allegations contained in Pitts' present complaint, that he is not in imminent danger of serious physical injury. Specifically, Pitts asserts that his left knee is painful, "slipping, popping, and locking up," and he has suffered with the condition for three years. Pitts further assets his right knee and back have also more recently begun hurting. Pitts' complaint also indicates that he has been provided a knee sleeve, pain medication, and an injection to treat his knee condition, and has seen an outside physician. Although Pitts may be experiencing some degree of pain, his complaint indicates treatment is being provided, and he has advanced no facts to suggest he is in imminent danger of serious physical injury. Pitts' complaint should therefore be dismissed.

IT IS THEREFORE RECOMMENDED THAT:

1.      Pitts' application for leave to proceed *in forma pauperis* (Doc. No. 1) be DENIED, and his complaint be DISMISSED WITHOUT PREJUDICE. If Pitts wishes to continue this case, he should be required to submit the filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the case's dismissal, along with a motion to reopen the case. Upon receipt of the motion and full payment, this case should be

reopened.

2.     The Court additionally certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 30th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE