IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNETH RAY PITTS**
**ADC #85938**                                                                                          **PLAINTIFF**

**v.**                        **Case No. 5:16-cv-00289-KGB/PSH**

**PATRICK S. DRUMMOND,** *et al.*                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this 25th day of October 2017.

_____
Kristine G. Baker
United States District Judge